BERNHARD ULMANN COMPANY, INC., Appellant, *v.* CENTRAL UNION TRUST COMPANY OF NEW YORK et al., Respondents.

(Argued October 1, 1931; decided October 20, 1931.)

*David S. Konheim* and *William Lurie* for appellant.

*Abraham Schachewitz* and *William J. McArthur* for Central Union Trust Company, respondent.

*James B. M. McNally* for Morris Benedon et al., respondents.

*Platt K. Wiggins* for National City Bank, respondent.

*Morris Hillquit,* *I. Henry Kutz* and *Nathaniel J. Palzer* for Federal Reserve Bank of New York et al., respondents.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to abide the event, on the authority of *Strang* v. *Westchester County Nat. Bank* (235 N. Y. 68) and *United Cigar Stores Co.* v. *American Raw Silk Co.* (184 App. Div. 217; 229 N. Y. 532), the case of *Hartford* v. *Greenwich Bank* (157 App. Div. 448; 215 N. Y. 726) being so inconsistent in principle with the cases cited that it must now be overruled; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.